# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GOOD HOPE, INC.**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 5:07-CV-00197KS-JMR**

**JAMES P. WESTLAKE, INDIVIDUALLY AND**
**STEVE BOLIN, INDIVIDUALLY AND D/B/A**
**BMW DISASTER RELIEF, INC.**     **DEFENDANTS**

**VERSUS**

**CONNER HOUSE, INDIVIDUALLY**     **COUNTER-DEFENDANT**

## JUDGMENT

This matter is before the court on a Motion for Summary Judgment **[#37]** filed on behalf of the individual defendants, Steve Bolin and James P. Westlake. The court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the Motion for Summary Judgment **[#37]** filed on behalf of the individual defendants, Steve Bolin and James P. Westlake is granted and the plaintiff's Complaint as to these two defendants is dismissed with prejudice.

SO ORDERED AND ADJUDGED this the  9th  day of December, 2008.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE